UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60757-CIV-DIMITROULEAS

FLORIDA EMERGENCY PHYSICIANS
KANG & ASSOCIATES, M.D., INC., et al.,

      Plaintiffs,
vs.

UNITED HEALTHCARE OF FLORIDA,
INC., et al,

      Defendants.
_____/

## ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION

THIS CAUSE is before the Court on Plaintiffs' Notice of Intent Not to File a Second Amended Complaint and Request that this Action be Remanded to State Court. [DE 1].

Federal courts are courts of limited jurisdiction. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994); *Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1095 (11th Cir. 1994). District courts have an obligation to inquire into subject matter jurisdiction whenever the possibility that jurisdiction does not exist arises, *Cheffer v. Reno*, 55 F.3d 1517, 1523 (11th Cir. 1995), and must dismiss an action where it appears that the court lacks jurisdiction. Fed. R. Civ. P. 12(h)(3). "[B]ecause a federal court is powerless to act beyond its statutory grant of subject matter jurisdiction, a court must zealously insure that jurisdiction exists over a case, and should itself raise the question of subject matter jurisdiction at any point in the litigation where a doubt about jurisdiction arises." *Smith v. GTE Corp.*, 236 F.3d 1292, 1299 (11th Cir. 2001).

On March 16, 2021, the Court entered an Order dismissing without prejudice Count I, II, and III of Plaintiffs' Amended Complaint which included Plaintiff's claims for violations of RICO, 18 U.S.C. § 1962(c) and § 1962(d). [DE 68]. The Court granted Plaintiff leave to file a second amended complaint. *Id.* On March 30, 2021, Plaintiff filed a notice stating that it did not

intend to amend its Amended Complaint. As such, the only remaining claims are Plaintiff's state law claims.

Based on the foregoing, it appears to the Court that remand to state court of Plaintiff's remaining claims may be appropriate.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants shall show cause why this matter shall not be remanded to state court on or before **April 9, 2021**,

2. A failure to respond to this Order may result in this case being remanded to state court.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 31st day of March, 2021.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record