UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60757-CIV-DIMITROULEAS

FLORIDA EMERGENCY PHYSICIANS
KANG & ASSOCIATES, M.D., INC., et al.,

      Plaintiffs,

vs.

UNITED HEALTHCARE OF FLORIDA,
INC., et al,

      Defendants.

_____/

## ORDER GRANTING MOTION FOR FINAL JUDGMENT
## AS TO COUNTS I AND II OF PLAINTIFFS' AMENDED COMPLAINT

THIS MATTER is before the Court on United Defendants' Motion for Entry of Final

Judgment as to Counts I and II [DE 73] ("Motion"). The Court has considered the Motion,

Plaintiffs' Response [DE 75], and the record in this matter and is otherwise fully advised in the

premises.

On March 16, 2021, the Court entered an Order dismissing without prejudice Counts I, II,

and III of Plaintiffs' Amended Complaint which included Plaintiff's claims for violations of

RICO, 18 U.S.C. § 1962(c) and § 1962(d). [DE 68]. The Court granted Plaintiff leave to file a

second amended complaint. *Id.* On March 30, 2021, Plaintiff filed a notice stating that it did not

intend to amend its Amended Complaint. Subsequently, the Court ordered Defendants to show

cause why the remaining state law claims in this matter should not be remanded to state court.

Defendants UMR, Inc., UnitedHealthcare of Florida, Inc., and UnitedHealthcare Insurance

Company do not state any clear opposition to the Court remanding the remaining claims but

request that the Court first enter an order pursuant to Rule 54(b) as to Counts I and II of

Plaintiffs' Amended Complaint.

Rule 54(b) of the Federal Rules of Civil Procedure states, "when an action presents more than one claim for relief--whether as a claim, counterclaim, crossclaim, or third-party claim--or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." Fed. R. Civ. P. 54. The decision of whether or not to enter a final judgment as to some, but not all claims in a matter, is left to the sound discretion of district court. *Lane v. Cap. Acquisitions & Mgmt. Co*., 569 F. Supp. 2d 1268, 1269 (S.D. Fla. 2008).

In the present case, the Court intends to remand Plaintiffs' remaining state law claims to state court, as no cause has been given why the Court should not do so. Accordingly, the Court finds that there is no reason to delay entering a final judgment as to Plaintiffs' federal RICO claims.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Defendants' Motion [DE 73] is **GRANTED;**

2. Pursuant to Rule 58 the Court will enter a separate final judgment as to Counts I and II of Plaintiffs' Amended Complaint;

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 12th date of April, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record