UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60757-CIV-DIMITROULEAS

FLORIDA EMERGENCY PHYSICIANS
KANG & ASSOCIATES, M.D., INC., et al.,

    Plaintiffs,

vs.

UNITED HEALTHCARE OF FLORIDA,
INC., et al,

    Defendants.
_____/

## ORDER REMANDING CASE TO STATE COURT

THIS CAUSE is before the Court upon a review of the record.

On March 16, 2021, the Court entered an Order dismissing without prejudice Count I, II, and III of Plaintiffs' Amended Complaint which included Plaintiff's claims for violations of RICO, 18 U.S.C. § 1962(c) and § 1962(d). [DE 68]. The Court granted Plaintiff leave to file a second amended complaint. *Id.* On March 30, 2021, Plaintiff filed a notice stating that it did not intend to amend its Amended Complaint. Subsequently, the Court ordered Defendants to show cause why the remaining state law claims in this matter should not be remanded to state court. Defendants UMR, Inc., UnitedHealthcare of Florida, Inc., and UnitedHealthcare Insurance Company do not state any clear opposition to the Court remanding the remaining claims, request that the Court first enter an order pursuant to Rule 54(b) as to Counts I and II of Plaintiffs' Amended Complaint, which the Court entered earlier today. There are no remaining claims as to Defendant Multiplan, Inc. [DE 68].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk is directed to **REMAND** this case to the 17th Judicial Circuit Court, in and for Broward County, Florida;

2. This Clerk is directed to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of April, 2021.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record