UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60757-CIV-DIMITROULEAS

FLORIDA EMERGENCY PHYSICIANS
KANG & ASSOCIATES, M.D., INC., et al.,

    Plaintiffs,

vs.

UNITED HEALTHCARE OF FLORIDA,
INC., et al,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the Court's Order Granting Motion for Final Judgment as to Counts I and II or Plaintiffs' Amended Complaint, entered by separate Order today. Pursuant to Fed. R. Civ. P. 58, the Court enters this final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** that Counts I and II of Plaintiffs' Amended Complaint are **DISMISSED WITH PREJUDICE**. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of April, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record